```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
REVEREND ALISHA GORDON,                                     :
                                                            :
                                Plaintiff,                  :
                                                            :         20-CV-9658 (VSB)
                -against-                                   :
                                                            :              ORDER
THE RIVERSIDE CHURCH et al.,                                :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On January 19, 2021, Defendants Riverside Church and Reverend Michael Livingston filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  (Doc. 8.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by February 9, 2021.  It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by February 18, 2021.  Defendants' reply, if any, shall be served by March 11, 2021.  At the time any reply is served, the moving party shall supply Chambers with courtesy copies of all motion papers pursuant to my Individual Rules.

SO ORDERED.

Dated: January 20, 2021
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge